UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI ANN COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:23-cv-01332-CDB (SS)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br><u>21-DAY DEADLINE</u> |

      Plaintiff Sheri Ann Cook ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. (Doc. 2). However, Plaintiff's application demonstrates that her income and resources are above the poverty threshold, and the information provided is insufficient for the Court to determine whether she is entitled to proceed without prepayment of fees in this action.

      Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

///

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239;

2. Within 21 days of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239; and

3. If Plaintiff fails to comply with this order, the undersigned shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **September 11, 2023**

UNITED STATES MAGISTRATE JUDGE

2