UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI ANN COOK,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:23-cv-01332-CDB<br><br>ORDER DENYING AS MOOT MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS, SHCEDULING ORDER, AND CONSENT OR REQUEST FOR REASSIGNMENT DOCUMENTS |

Plaintiff Sheri Ann Cook ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). On September 7, 2023, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 2).

On September 11, 2023, the Court issued an order noting Plaintiff's application to proceed *in forma pauperis* demonstrated that her income and resources are above the poverty threshold, and the information provided was insufficient for the Court to determine whether she is entitled to proceed without prepayment of fees in this action. (Doc. 3). The Court ordered Plaintiff TO complete and file a long form application to proceed *in forma pauperis* or pay the filing fee in full. *Id*.

     Thereafter, on September 27, 2023, the docket reflects Plaintiff paid the filing fee for this action, rendering moot Plaintiff's motion for *in forma pauperis* status.  Accordingly, in light of Plaintiff's payment, it is HEREBY ORDERED:

1. Plaintiff's motion (Doc. 2) is DENIED as moot; and
2. The Clerk of Court is directed to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated: **September 28, 2023**

UNITED STATES MAGISTRATE JUDGE

2