UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI ANN COOK,<br><br>             Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:23-cv-01332-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 19) |

    Before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, filed March 6, 2024.  (Doc. 19).

    Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

    1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

    2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge for a new decision in accordance with the parties' stipulation (Doc. 19); and

/ / /

/ / /

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated: **March 6, 2024**

_____
UNITED STATES MAGISTRATE JUDGE